OPINION — AG — ** LIFE INSURANCE COMPANIES — AUTHORITY TO ISSUE LETTERS OF CREDIT ** LIFE INSURANCE COMPANIES DOING BUSINESS IN OKLAHOMA HAVE THE AUTHORITY TO GUARANTEE DEBTS AND OBLIGATIONS OF THIRD PARTIES OR THEIR SUBSIDIARIES TO BANKS AND OTHER LENDING INSTITUTIONS. LIFE INSURANCE COMPANIES DOING BUSINESS IN OKLAHOMA 'HAVE' THE AUTHORITY TO ISSUE LETTERS OF CREDIT OR LOAN COMMITMENTS. (OBLIGATIONS, LENDING INSTITUTIONS, TRANSACTIONS, SURETY) CITE: 36 O.S. 707 [36-707], 36 O.S. 702 [36-702], 36 O.S. 708 [36-708], 36 O.S. 609 [36-609], 18 O.S. 1.1 [18-1.1] [18-1.1], 18 O.S. 1.250 [18-1.250], 18 O.S. 1.199 [18-1.199] [18-1.199], 36 O.S. 2106 [36-2106], 18 O.S. 1.3 [18-1.3] [18-1.3], 18 O.S. 1.19 [18-1.19], 36 O.S. 1629 [36-1629] [36-1629], 36 O.S. 1601 [36-1601], 12A O.S. 5-103 [12A-5-103] (TODD MARKUM)